■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT J. SAMPSON, JR., Appellant. (Appeal No. 2.) [51 NYS3d 447]—Appeal from a judgment of the Jefferson County Court (Kim H. Martusewicz, J.), rendered August 5, 2013. The judgment convicted defendant, upon his plea of guilty, of burglary in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Sampson* ([appeal No. 1] 149 AD3d 1486 [2017]). Present—Carni, J.P., Lindley, DeJoseph, Troutman and Scudder, JJ.